# Richmond

A. V. W. CORNWALL, ET ALS. V. VIRGINIA L. CORNWALL AND
RUBY L. H. I. WOOLDRIDGE.

Record No. 1206.

March 16, 1933.

Present, Campbell, C. J., and Holt, Hudgins, Gregory, Browning
and Chinn, JJ.

*Alexander H. Sands* and *Alexander H. Sands, Jr.,* for the
appellants.

*L. O. Wendenburg,* for the appellees.

GREGORY, J., delivered the opinion of the court.

The appeal in this chancery matter is controlled and de-
cided by the opinion this day handed down in the law matter
of *A. V. W. Cornwall, et als.* v. *Virginia L. Cornwall and
Ruby L. H. I. Wooldridge, ante* page 183, 168 S. E. 439.
The reasons expressed for the affirmance of the judgment
in that action apply here and they lead to the affirmance
of the decree here complained of.

*Affirmed.*